IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Williams Sr, Joseph B | Case Number: 05 B 14988 |
| | Judge: Wedoff, Eugene R |
| Printed: 11/25/08 | Filed: 4/18/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: October 9, 2008
Confirmed: June 2, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 92,339.01 |  |
| Secured: |  | 84,991.56 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,700.00 |
| Trustee Fee: |  | 4,647.45 |
| Other Funds: |  | 0.00 |
| Totals: | 92,339.01 | 92,339.01 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Peter F Geraci | Administrative | 2,700.00 | 2,700.00 |
| 2. | Litton Loan Servicing | Secured | 55,673.60 | 50,477.33 |
| 3. | Litton Loan Servicing | Secured | 19,985.07 | 19,985.07 |
| 4. | Nissan Motor Acceptance Corporation | Secured | 14,529.16 | 14,529.16 |
| 5. | AmeriCash Loans, LLC | Unsecured | 2,215.00 | 0.00 |
| 6. | Aspire Visa | Unsecured | 4,963.18 | 0.00 |
| 7. | AmeriCash Loans, LLC | Unsecured | 381.51 | 0.00 |
| 8. | Certified Credit Corporation | Unsecured | | No Claim Filed |
| 9. | Downtown Ford | Unsecured | | No Claim Filed |
| 10. | United Credit Union | Unsecured | | No Claim Filed |
| 11. | SBC | Unsecured | | No Claim Filed |
| 12. | United States Dept Of Education | Unsecured | | No Claim Filed |
| | | | $ 100,447.52 | $ 87,691.56 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 3% | 337.20 |
| 5.5% | 1,373.73 |
| 5% | 374.65 |
| 4.8% | 803.34 |
| 5.4% | 1,544.03 |
| 6.5% | 214.50 |
| | $ 4,647.45 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Williams Sr, Joseph B | Case Number:  05 B 14988 |
| | Judge:  Wedoff, Eugene R |
| Printed: 11/25/08 | Filed:  4/18/05 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                          Marilyn O. Marshall, Trustee, by:

